UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHABAKA MILLER,

        Plaintiff,

 v.

GENERAL ELECTRIC COMPANY, et al.

        Defendants.

------------------------------------------------------------X

08 CV 3136 (LAP)

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

LORETTA A. PRESKA, United States District Judge:

 The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents General Electric and/or its affiliates and he works on those matters.

So Ordered:

Dated: New York, New York
   April 2, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

CGRMEMGE